# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONY KESHISHIAN, | CASE NO. 2:19-cv-10373-DSF-MRW |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| LIBERTY MUTUAL INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF AMERICA; and Does 1-50 inclusive, | |
| Defendants. | |

1    IT IS HEREBY ORDERED that, pursuant to the parties' Joint Stipulation to
2 Dismiss Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this
3 action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and
4 parties. Each party shall bear her or its own attorneys' fees and costs.
5    IT IS SO ORDERED.
6  DATED: April 14, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE